**Motion Granted; Dismissed and Memorandum Opinion filed March 28, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00192-CV

_____

### IRENE MIRELES, Appellant

### V.

### DOW CORNING CORPORATION, DOW CORNING WRIGHT CORPORATION, CHRIS ROBINSON MD, JAMES R. CULLINGTON MD, FRANCIS BURTON MD, SIMON FREDERICKS MD, TOLBERT WILKINSON MD, 21 INTERNATIONAL HOLDINS FKA KNOLL INTERNATIONAL, MILTON ROWLEY MD, WESLEY WASHBURN MD, PRESTON CHANDLER MD, WILSHIRE FOAM PRODUCTS INC., ERNEST CRONIN MD, JAMES PETERSON MD, FRANK J. GEROW MD, THOMAS CRONIN MD, GENERAL ELECTRIC COMPANY, and DOW CHEMICAL COMPANY, Appellees

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-25394EG**

# M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On March 20, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The

motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.